# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1772
Lower Tribunal No. 2022-CA-006444-O

_____

COMELCO, INC.,

Appellant,

v.

FCCI INSURANCE COMPANY,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Heather Pinder Rodriguez, Judge.

December 16, 2025

PER CURIAM.

   AFFIRMED.

TRAVER, C.J., and GANNAM, J., and SCHULTZ-KIN, L.K., Associate Judge, concur.


Timothy S. Taylor, Timothy D. Corwin, and Vanessa A. Van Cleaf, of Taylor Corwin & Van Cleaf, PLLC, Coral Gables, for Appellant.

Nicholas E. Richardson and Ilana B. Olman, of Segal McCambridge Singer & Mahoney, LTD., Fort Lauderdale, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED